Kathryn Tassinari
Drew L. Johnson
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED'09 DEC 09 14:21 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SUMMER RAE CARMONA,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

Civil No. 08-6257-JO

ORDER REGARDING ATTORNEY FEES UNDER THE SOCIAL SECURITY ACT

(#28)

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social Security Act, it is hereby

ORDERED that:

1 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT

Counsel is granted 60 days subsequent to Plaintiff's receiving notification of past-due benefits to prepare and submit a request specifying the amount of attorney fees under the Social Security Act.

IT IS SO ORDERED this day of ~~November~~ Dec 8, 2009.

_____
U.S. District Judge

PRESENTED BY:

/s/ DREW L. JOHNSON
Drew L. Johnson, Of Attorneys for Plaintiff

2 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT