Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED'10 FEB 24 14:18 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SUMMER RAE CARMONA,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 08-6257-JO

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

(#30)

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $4480.44 for full settlement of all claims for fees under EAJA.

IT IS SO ORDERED this day of February 24t, 2010

_____
U.S. District Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
    Drew L. Johnson, OSB #75200
    Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA